UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DR. MARIE DEMERY, Plaintiff | CIVIL DOCKET NO. 1:20-CV-00067 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| BRIAN LITTLETON, Defendant | MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 41], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension to Effect Service of Process [Doc. No. 34] is DENIED, for failure to effect service for well more than one year.

IT IS FURTHER ORDERED that this lawsuit is DISMISSED WITHOUT PREJUDICE for lack of personal jurisdiction and for failure to prosecute under LR 41.3 for failure to effect service.

THUS, DONE AND SIGNED in Chambers on this 17th day of May 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE